**No. 09-7372. Larry Charles Welch, Petitioner v. United States.**

559 U.S. 964, 130 S. Ct. 1574, 176 L. Ed. 2d 157, 2010 U.S. LEXIS 1051.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1082, 130 S. Ct. 812, 175 L. Ed. 2d 570, 2009 U.S. LEXIS 8771.

**No. 09-7425. Jonathan McGriggs, Petitioner v. Mississippi.**

559 U.S. 965, 130 S. Ct. 1574, 176 L. Ed. 2d 157, 2010 U.S. LEXIS 1091.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1097, 130 S. Ct. 1026, 175 L. Ed. 2d 628, 2009 U.S. LEXIS 9030.

**No. 09-7688. In Re Donald Joseph Truax, Petitioner.**

559 U.S. 965, 130 S. Ct. 1574, 176 L. Ed. 2d 157, 2010 U.S. LEXIS 1068.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1090, 130 S. Ct. 1036, 175 L. Ed. 2d 635, 2009 U.S. LEXIS 8978.

**No. 09-685 (R46-008). Jeffrey A. Beard, Secretary, Pennsylvania Department of Corrections, et al., Petitioners v. Ernest Simmons.**

559 U.S. 965, 130 S. Ct. 1574, 176 L. Ed. 2d 157, 2010 U.S. LEXIS 1900.

February 23, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Third Circuit in the above-entitled case was dismissed today pursuant to this Court's Rule 46.1.

Same case below, 590 F.3d 223.

**No. 09-38 (R46-009). Health Care Service Corporation, Petitioner v. Juli A. Pollitt, et al.**

559 U.S. 965, 130 S. Ct. 1574, 176 L. Ed. 2d 157, 2010 U.S. LEXIS 1901.

February 24, 2010. The writ of certiorari to the United States Court of Appeals for the Seventh Circuit in the above-entitled case was dismissed today pursuant to this Court's Rule 46.1.